<u>Judgment in a Civil Case</u>

# United States District Court
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINA LYNNE WAGONER | **JUDGMENT IN A CIVIL CASE** <br> CASE NUMBER: 16-CV-755-E |
| v. | |
| STEPHEN CIOCCA | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the complaint is dismissed, without prejudice. The case is administratively closed without filing the complaint or assessing a filing fee.

Date: September 30, 2016          MARY C. LOEWENGUTH
                                  CLERK OF COURT

                                  By: s/K.McMillan
                                      Deputy Clerk